PHILLIP A. TALBERT
United States Attorney
ROBERT C. ABENDROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED
Jun 23, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS ALFONSO VELARDE-LOPEZ,<br>ARIVI LOPEZ-GAMEZ, and<br>FRANCISCO JAVIER GONZALES, JR<br><br>Defendants. | CASE NO. 2:22-cr-0140 WBS<br><br>ORDER TO SEAL |

The Court hereby orders that the Indictment, the Petition of Assistant United States Attorney Robert C. Abendroth to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendants or until further order of the Court.

Dated: June 23, 2022

_____
CAROLYN K. DELANEY
United States Magistrate Judge