PHILLIP A. TALBERT
United States Attorney
ROBERT C. ABENDROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00140 |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND ORDER |
| v. | |
| LUIS ALFONSO VELARDE-LOPEZ, ARIVI LOPEZ-GAMEZ, AND FRANCISCO JAVIER GONZALES, JR. | DATE: September 26, 2022
TIME: 9:00 a.m.
COURT: Hon. William B. Shubb |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on September 26, 2022.

2. By this stipulation, defendants now move to continue the status conference until December 5, 2022 at 9:00 a.m., and to exclude time between September 26, 2022, and December 5, 2022, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a)  The government has represented that the discovery associated with this case includes approximately two-hundred-fifty pages of investigative reports, video recordings, and forensic images of five telephones consisting of over 5GB of data. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

/ / /

b)      Counsel for defendants desire additional time to review the discovery materials and charges, conduct investigation and research related to the charges, to review and copy the discovery already tendered, to assess the viability of any pretrial motions, and discuss potential resolutions with their clients.

c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 26, 2022 to December 5, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

[CONTINUED ON NEXT PAGE]

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 21, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ ROBERT C. ABENDROTH
ROBERT C. ABENDROTH
Assistant United States Attorney

Dated:  September 21, 2022

/s/ MECHAN McLOUGHLIN
MEGHAN McLOUGHLIN
Counsel for Defendant
LUIS ALFONSO VELARDE-LOPEZ

Dated:  September 21, 2022

/s/ KYLE KNAPP
KYLE KNAPP
Counsel for Defendant
ARIVI LOPEZ-GAMEZ

Dated:  September 21, 2022

/s/ MARK JOSEPH REICHEL
MARK JOSEPH REICHEL
Counsel for Defendant
FRANCISCO JAVIER GONZALES, Jr.

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  September 21, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

3