PHILLIP A. TALBERT
United States Attorney
ROBERT C. ABENDROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>LUIS ALFONSO VELARDE-LOPEZ,<br>ARIVI LOPEZ-GAMEZ, AND<br>FRANCISCO JAVIER GONZALES, JR.<br>               Defendants. | CASE NO. 2:22-CR-00140<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND ORDER<br><br>DATE: December 5, 2022<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

1.      By previous order, this matter was set for status on December 5, 2022.

2.      By this stipulation, defendants now move to continue the status conference until March 27, 2023, at 09:00 a.m.,  and to exclude time between December 5, 2022, and March 27, 2023, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that additional discovery associated with this case, which was previously made available for inspection, will be tendered pursuant to a protective order.  This material includes videos of controlled purchases.  In addition, at least one defendant has been transferred to another jail requiring additional time and coordination to arrange for in-person visits.

b)      Counsel for defendants desire additional time to review the discovery materials and charges, conduct investigation, research related to the charges, to review and copy the discovery already tendered, to assess the viability of any pretrial motions, and arrange for in-person visits to discuss potential resolutions with their clients.

c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 5, 2022 to March 27, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**[CONDTINUED ON NEXT PAGE]**

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  November 16, 2022                          PHILLIP A. TALBERT
                                                  United States Attorney


                                                  /s/ ROBERT C. ABENDROTH
                                                  ROBERT C. ABENDROTH
                                                  Assistant United States Attorney


Dated:  November 16, 2022                          /s/ MECHAN McLOUGHLIN
                                                  MEGHAN McLOUGHLIN
                                                  Counsel for Defendant
                                                  LUIS ALFONSO VELARDE-LOPEZ


Dated:  November 16, 2022                          /s/ KYLE KNAPP
                                                  KYLE KNAPP
                                                  Counsel for Defendant
                                                  ARIVI LOPEZ-GAMEZ


Dated:  November 16, 2022                          /s/ MARK JOSEPH REICHEL
                                                  MARK JOSEPH REICHEL
                                                  Counsel for Defendant
                                                  FRANCISCO JAVIER GONZALES, Jr.


**ORDER**

**IT IS SO FOUND AND ORDERED.**

Date:  November 16, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE