1   PHILLIP A. TALBERT
United States Attorney
2   ROBERT C. ABENDROTH
Assistant United States Attorney
3   501 I Street, Suite 10-100
Sacramento, CA 95814
4   Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

5

6   Attorneys for Plaintiff
United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,                CASE NO.  2:22-CR-00140-WBS

                              Plaintiff,      ORDER SEALING DOCUMENTS AS SET FORTH
12                                            IN GOVERNMENT'S NOTICE

13                    v.

14   LUIS ALFONSO VELARDE-LOPEZ,

                              Defendant.
15

16

17          Pursuant to Local Rule 141(b) and based upon the representation contained in the government's

18   Request to Seal, IT IS HEREBY ORDERED that the government's six-page document with attachment

19   and the government's Request to Seal pertaining to defendant Luis Alfonso Velarde-Lopez, shall be

20   SEALED until further order of this Court.

21          It is further ordered that access to the sealed documents shall be limited to the government and

22   counsel for the defendant, Luis Alfonso Velarde-Lopez.

23          The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court*

24   *for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in

25   the government's request, sealing the government's motion serves a compelling interest. The Court

26   further finds that, in the absence of closure, the compelling interests identified by the government would

27   be harmed. In light of the public filing of its Notice of Request to Seal, the Court further finds that there

28   / / /

ORDER SEALING DOCUMENTS AS SET FORTH IN
GOVERNMENT'S NOTICE                                    1

are no additional alternatives to sealing the government's motion that would adequately protect the compelling interests identified by the government.

Dated:  November 28, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE